```
Leon Greenberg, NSB 8094
Leon Greenberg Professional Corporation
2965 South Jones Blvd., Suite E-4
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com

Attorney for Plaintiffs
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YURIY ABROSIMOV, MIKHAIL KOCHENOV, RUSLAN KHUSINOV, ALISA MINAKOVA, YANA KALINICHENKO, OXANA ZINICHENKO, SIARHEY STALMAKOU, VLADAMIR VZDORNOV, OLEKSANDR ROZOV, GYULNARA PASKEVICH, VALERIYA KONSTANTINOVA, and KRISTINA MINAKOVA,<br>　　　　　　Plaintiffs,<br>v.<br>SERGEY RYSHKOFF'S MOSCOW ICE CIRCUS, ICE SHOW CORPORATION, SERGEY RYSHKOFF, and SERGEY KONDRATOV,<br>　　　　　　Defendants. | **Case No.: 09-cv-1261-JCM-GWF**<br><br>**[PROPOSED] JUDGMENT** |

**IT IS HEREBY ORDERED AND ADJUDGED**

Judgment is entered for Plaintiff, YURIY ABROSIMOV in the amount of $23,760.00, against the Defendants, SERGEY RYSHKOFF and SERGEY KONDRATOV, jointly and severally; for Plaintiff, OXANA ZINICHENKO in the amount of $23,760.00, against the Defendants,

1

1  SERGEY RYSHKOFF and SERGEY KONDRATOV, jointly and severally; for
2  Plaintiff, SIARHEY STALMAKOU in the amount of of $23,760.00,
3  against the Defendants, SERGEY RYSHKOFF and SERGEY KONDRATOV,
4  jointly and severally; and for Plaintiff, RUSLAN KHUSINOV in the
5  amount of $19,800.00, against the Defendants, SERGEY RYSHKOFF and
6  SERGEY KONDRATOV, jointly and severally.

**IT IS SO ORDERED**

August 26, 2011
_____     _____
   **DATED**             **HON. JAMES C. MAHAN**
                         **UNITED STATES DISTRICT COURT JUDGE**

2