# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

YURIY ABROSIMOV, et al.,

    Plaintiffs,

v.

SERGEY RYSHKOFF'S MOSCOW ICE CIRCUS, et al.,

    Defendants.

2:09-CV-1261 JCM (GWF)

# ORDER

Presently before the court is the matter of *Abrosimov, et al. v. Sergey Ryshkoff's Moscow Ice Circus, LLC, et al.* (Case No. 2:09-cv-01261-JCM-GWF).

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice."

Plaintiff filed the complaint on August 7, 2009. (Doc. #56). Pursuant to Federal Rule of Civil Procedure 4(m), on April 16, 2012, the clerk of the court provided notice to plaintiff that the action would be dismissed as to Sergey Ryshkoff's Moscow Ice Circus, LLC and Ice Show Corporation, if plaintiff did not file proof of service of process by May 16, 2012. (Doc. #5).

To date, plaintiff has failed to file proof of service with the court as to either defendant.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case
3  be, and the same hereby is, DISMISSED as to Sergey Ryshkoff's Moscow Ice Circus, LLC and Ice
4  Show Corporation.

5  IT IS FURTHER ORDERED that because no other defendants remain, the above-captioned
6  case be, and the same hereby is, DISMISSED without prejudice.

7  DATED May 31, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -